UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                Plaintiff,

   v.

ALLAN MCDONALD, et al.,

                Defendants.

Case No. C20-610-JLR-MLP

REPORT AND RECOMMENDATION

      Plaintiff John Demos, a state prisoner currently confined at the Washington State Penitentiary ("WSP"), in Walla Walla, Washington, has filed an application to proceed *in forma pauperis* and a proposed civil rights complaint against two U.S. District Court judges in the Eastern District of Washington. Plaintiff's claims relate to civil actions filed he filed in the U.S. District Court for the Eastern District of Washington that were assigned to Defendants, and he seeks monetary damages. Because Plaintiff and Defendants reside in the Eastern District of Washington, and the alleged events that gave rise to this action occurred there, Plaintiff should have filed this action in the Eastern District of Washington. *See* 28 U.S.C. § 1391(b).

      Transfer of a case to cure improper venue is proper when the transfer would be "[f]or the convenience of parties and witnesses," and would also be "in the interest of justice." 28 U.S.C. §

REPORT AND RECOMMENDATION - 1

1404(a). In this case, transfer would not serve the interests of justice. Plaintiff is well-known locally and nationally as an abusive litigant, *see, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993), and is subject to the Prison Litigation Reform Act's "three-strikes" rule whereby he must demonstrate "imminent danger of serious physical injury" in order to proceed *in forma pauperis*, *see* 28 U.S.C. § 1915(g); *Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999). Even if Plaintiff could establish imminent danger in this case, however, dismissal would be the appropriate course of action because Defendants are protected by absolute judicial immunity. *See Mireles v. Waco*, 502 U.S. 9, 9-12 (1991) (civil rights claims for monetary damages against judges are barred by absolute judicial immunity).

Accordingly, the Court recommends that this action be DISMISSED without prejudice for failure to file in the appropriate judicial district and that Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) be DENIED as moot. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Regardless of whether objections are filed, the matter will be ready for consideration by the District Judge on May 22, 2020.

The Clerk is directed to send copies of this Report and Recommendation to the parties and to the Honorable James L. Robart.

Dated this 29th day of April, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2