UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

            Plaintiff,

   v.

ALLAN MCDONALD, et al.,

            Defendants.

Case No. C20-610-JLR-MLP

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. # 2), the Mandate of the Ninth Circuit Court of Appeals (Dkt. # 5), and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    This action is DISMISSED without prejudice for failure to file in the appropriate judicial district.

    (3)    Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is DENIED as moot.

\\

\\

ORDER OF DISMISSAL - 1

1       (4)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 29th day of May, 2020.

```
                                        JAMES L. ROBART
                                        United States District Judge
```

ORDER OF DISMISSAL - 2